UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN A. KERZMAN, et al.,

    Plaintiffs,

    v.

NCH CORPORATION,

    Defendant.

CASE NO. C05-1820JLR

ORDER

This matter comes before the court on Defendant's motion for sanctions (Dkt. # 24). Defendant filed the motion after Plaintiffs failed to timely file expert disclosures under Fed. R. Civ. P. 26(a)(2).

The court GRANTS the motion in part and DENIES it in part. Plaintiffs may not file rebuttal expert reports. Discovery in this action will close on December 4, 2006, but Defendant may conduct discovery of Plaintiffs' expert witnesses until December 11, 2006. The court extends the deadline for filing dispositive motions until January 10, 2007.

David Heimbach and Kristi Stack may testify at trial as treating healthcare providers, but may not testify as expert witnesses.

//

//

ORDER – 1

1       Dated this 21st day of November, 2006.

                                              JAMES L. ROBART  
                                              United States District Judge

28 ORDER – 2